UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

ANTHONY CRUZ CASTILLO and
KRISTINE MARYANN CASTILLO,

Chapter 7
CASE NO.  8:24-bk-02496-CPM

     Debtors
_____/

## NOTICE OF ABANDONMENT

PURSUANT TO SECTION 554, BANKRUPTCY CODE, AND F.R.B.P. 6007, NOTICE IS HEREBY GIVEN OF THE ABANDONMENT OF THE FOLLOWING PROPERTY THAT IS BURDENSOME AND HAS NO EQUITY FOR THE BENEFIT OF THE CHAPTER 7 ESTATE:

- 1426 DaVinci Way, Winter Haven, FL
- 2017 Chrysler Pacifica Touring L-Plus  VIN: 2C4RC1EG9HR650781
- 2003 Chevrolet Trailblazer  VIN: 1GNDS13S932185292

_____

## NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

If you object to the relief requested in this paper, you must file a response with the Clerk of Court at 801 N. Florida Avenue Suite 555 Tampa, FL 33602-3899 and mail a copy to the moving party Trustee Traci K. Stevenson at P.O. Box 86690 Madeira Beach, FL 33738 within 14 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished by U.S. Mail, electronically or hand delivered this September 21, 2024 to all creditors on the attached mailing matrix.

/s/ Traci Stevenson
Traci K. Stevenson, Trustee
P.O. Box 86690
Madeira Beach, FL 33738
(727) 238-7799
FBN 942227
tracikstevenson@gmail.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:24-bk-02496-CPM<br>Middle District of Florida<br>Tampa<br>Sat Sep 21 19:40:53 EDT 2024 | Achieva Credit Union<br>Attn: Bankruptcy<br>PO Box 1500<br>Dunedin, FL 34697-1500 | AmSher Collection Services<br>4524 Southlake Parkway Suite 15<br>Birmingham, AL 35244-3271 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Amex<br>PO Box 6031<br>Carol Stream, IL 60197-6031 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| BCC Financial Mgmt Svcs<br>3230  West Commercial Blvd Suite 190<br>Fort Lauderdale, FL 33309-3400 | Alan D Borden<br>Debt Relief Legal Group, LLC<br>901 W. Hillsborough Avenue<br>Tampa, FL 33603-1309 | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One N.A.<br>by AIS InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118-7901 | (p)DOVENMUEHLE MORTGAGE<br>1 CORPORATE DRIVE SUITE 360<br>LAKE ZURICH IL 60047-8945 | Cardinal Financial Company, Limited Partners<br>Padgett Law Group<br>c/o Seth Greenhill<br>6267 Old Water Oak Road, Suite 203<br>Tallahassee, FL 32312-3858 |
| Anthony Cruz Castillo<br>1426 Da Vinci Way<br>Winter Haven, FL 33884-3806 | Kristine Maryann Castillo<br>1426 Da Vinci Way<br>Winter Haven, FL 33884-3806 | Central Credit Services LLC<br>9550 Regency Square Blvc Suite 500<br>Jacksonville, FL 32225-8169 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | City of Lakeland<br>Planning and Housing Division<br>1104 Martin L. King, Jr. Avenue<br>Lakeland, FL 33805-4406 | Comenity Bank/Bealls<br>Attn: Bankruptcy<br>PO Box 182125<br>Columbus, OH 43218-2125 |
| Comenity Bank/Bealls Florida<br>Attn: Bankruptcy<br>PO Box 182125<br>Columbus, OH 43218-2125 | Comenity/Big Lots<br>Attn: Bankruptcy Dept<br>PO Box 182125<br>Columbus, OH 43218-2125 | Connexus Credit Union<br>Attn: Bankruptcy<br>PO Box 8026<br>Wausau, WI 54402-8026 |
| Credit One Bank<br>Attn: Bankruptcy Department<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | Discover Bank<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Financial<br>Attn: Bankruptcy<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Ewald Auctions, Inc.<br>12472 Lake Underhill Road<br>Suite 312<br>Orlando, FL 32828-7144 | Finance System of Green Bay, Inc.<br>301 North Jackson Street PO Box 1597<br>Green Bay, WI 54301-4938 | Firstsource Advantage, LLC<br>205 Bryant Woods S<br>Buffalo, NY 14228-3609 |
| Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Freedom Mortgage Corporation<br>11988 Exit 5 Pkwy<br>Bldg 4<br>Fishers, IN 46037-7939 | Freedom Mortgage Corporation<br>Attn: Bankruptcy Attn: Bankruptcy<br>907 Pleasant Valley Ave , Ste 3<br>Mt Laurel, NJ 08054-1210 |

```
Fst Premier                          GM Financial                         Goldman Sachs Bank USA
3820 N Louise Ave                    PO Box 66905                         Attn: Bankruptcy
Sioux Falls, SD 57107-0145           Arlington, TX 76096                  PO Box 70379
                                                                          Philadelphia, PA 19176-0379


Seth J Greenhill                     Teresa M Hair                        IRS
Padgett Law Group                    Brock and Scott, PLLC                Centralized Insolvency Operations
6267 Old Water Oak Road, Suite 203   3825 Forrestgate Dr.                 P.O. Box 7346
Tallahassee, FL 32312-3858           Winston-Salem, NC 27103-2930         Philadelphia, PA 19101-7346


JPMorgan Chase Bank, N.A.            Jefferson Capital Systems LLC        Johan A Green
s/b/m/t Chase Bank USA, N.A.         200 14th Ave E                       PO Box 2121
c/o National Bankruptcy Services, LLC Sartell, MN 56377-4500              Warren, MI 48090-2121
P.O. Box 9013
Addison, Texas 75001-9013


Eugene H Johnson                     (p)LABORATORY CORPORATION OF AMERICA Midland Credit Management, Inc
Johnson Law Firm, P.A.               ATTN GOVERNMENT AUDITS               PO Box 301030
100 N. Laura Street, Suite 701       PO BOX 2270                          Los Angeles, CA 90030-1030
Jacksonville, FL 32202-3673          BURLINGTON NC 27216-2270


Midland Credit Mgmt                  Navient                              Resurgent Receivables, LLC
Attn: Bankruptcy                     Attn: Claims Dept                    Resurgent Capital Services
PO Box 939069                        PO Box 9500                          PO Box 10587
San Diego, CA 92193-9069             Wilkes-Barre, PA 18773-9500          Greenville, SC 29603-0587


RoundPoint Mortgage Servicing Corp   Santander Consumer USA, Inc          Traci Stevenson
Attn: Bankruptcy                     Attn: Bankruptcy                     Traci K. Stevenson, P.A.
PO Box 19409                         PO Box 961245                        Post Office Box 86690
Charlotte, NC 28219-9409             Fort Worth, TX 76161-0244            Madeira Beach, FL 33738-6690


Traci K. Stevenson                   Suncoast Cu                          Synchrony Bank/Sams
Traci K. Stevenson, Esq., Ch. 7 Trustee Attn: Bankruptcy                  Attn: Bankruptcy
P.O. Box 86690                       PO Box 11904                         PO Box 965060
Madeira, FL 33738-6690               Tampa, FL 33680-1904                 Orlando, FL 32896-5060


Synchrony/American Eagle             (p)T MOBILE                          Tampa General Hospital
Attn: Bankruptcy                     C O AMERICAN INFOSOURCE LP           PO Box 95000-7425
PO Box 965060                        4515 N SANTA FE AVE                  Philadelphia, PA 19195-0001
Orlando, FL 32896-5060               OKLAHOMA CITY OK 73118-7901


Tampa Obstetrics, PA                 Unfin, Inc.                          United States Trustee - TPA7/13
888 South Parsons Avenue             PO Box 4519                          Timberlake Annex, Suite 1200
Brandon, FL 33511-6007               Skokie, IL 60076-4519                501 E Polk Street
                                                                          Tampa, FL 33602-3949


University Medical Service Assocation Verizon Wireless Bankruptcy Administration Watson Clinic, LLP
PO Box 919716                        500 Technology Drive  Suite 550      PO Box 95004
Orlando, FL 32891-9716               Saint Charles, MO 63304-2225         Lakeland, FL 33804-5004
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cardinal Finance Co/Dovenmuehle Mtg<br>Attn: Bankruptcy 1 Corporate Dr. Ste 360<br>Lake Zurich, IL 60047 | Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15296<br>Wilmington, DE 19850-5296 | Lab Corp<br>PO Box 2240<br>Burlington, NC 27216 |
| (d)Laboratory Corporation of America Holdings<br>Laboratory Corporation of America Holdin<br>PO Box 2240<br>Burlington, NC 27216 | T-Mobile Bankruptcy Team<br>PO Box 53410<br>Bellevue, WA 98015 | End of Label Matrix<br>Mailable recipients   59<br>Bypassed recipients    0<br>Total                 59 |