## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 1

| Case No.: | 24-02496 | | Trustee Name: | Traci K. Stevenson |
| Case Name: | CASTILLO, ANTHONY CRUZ AND CASTILLO, KRISTINE MARYANN | | Date Filed (f) or Converted (c): | 05/01/2024 (f) |
| For the Period Ending: | 09/30/2024 | | §341(a) Meeting Date: | 06/05/2024 |
| | | | Claims Bar Date: | 09/16/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1426 Da Vinci Way Winter Haven FL, Polk 33884 | $358,500.00 | $0.00 | OA | $0.00 | FA |
| 2 | 2003 Chevrolet Trailblazer LS Sport Utility 4D | $500.00 | $0.00 | OA | $0.00 | FA |
| 3 | 2018 Chevrolet Trax LT Sport Utility 4 D Mileage: 185,000 Other Information: VIN: 3GNCJLSB0JL340884 | $1,070.00 | $3,680.00 | | $0.00 | $3,250.00 |
| 4 | 2017 Chrysler Pacifica Touring-L Plus Minivan 4D | $12,633.00 | $0.00 | OA | $0.00 | FA |
| 5 | (2) Bedroom set, living room set, dining room set, TV stand, and miscellaneous kitchenware | $550.00 | $2,581.00 | | $0.00 | $2,581.00 |
| 6 | 4 TV's | $400.00 | $250.00 | | $0.00 | $250.00 |
| 7 | All clothing | $100.00 | $35.00 | | $0.00 | $35.00 |
| 8 | Checking account: JPMorgan Chase Account Number: XXXXXXXXXX7949 | $100.00 | $0.00 | | $0.00 | $100.00 |
| 9 | Checking account: JPMorgan Chase Account Number: XXXXXXXXXX3084 | $3.00 | $0.00 | | $0.00 | $3.00 |
| 10 | Checking account: Wells Fargo Account Number: XXXXXX1838 | $137.00 | $0.00 | | $0.00 | $137.00 |
| 11 | E*Trade by Morgan Stanley account | $3.90 | $0.00 | | $0.00 | FA |
| 12 | 401(k) or similar plan: Fidelity Plan thru Apple, Inc. | Unknown | $0.00 | | $0.00 | FA |
| 13 | Hobby/Exercise Equipment (u) | $0.00 | $400.00 | | $0.00 | $400.00 |
| 14 | 2024 refund (u) | $0.00 | $1,000.00 | | $0.00 | $1,000.00 |

**Asset Notes:** 33.06% (121/365 days)

**TOTALS (Excluding unknown value)** | $373,996.90 | $7,946.00 | | $0.00 | **Gross Value of Remaining Asset** $7,756.00

---

**Major Activities affecting case closing:**

| 09/25/2024 | EM to DA w/offer of $4,211 w/i 60 days |
| 09/21/2024 | NOA filed and EM to JLF for update |
| 08/15/2024 | DA sent email w/counter offer of $1,000 based on appraisal that he did not provide by appraiser named only "Steve" |

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 24-02496 | Trustee Name: | Traci K. Stevenson |
| --- | --- | --- | --- |
| Case Name: | CASTILLO, ANTHONY CRUZ AND CASTILLO, KRISTINE MARYANN | Date Filed (f) or Converted (c): | 05/01/2024 (f) |
| For the Period Ending: | 09/30/2024 | §341(a) Meeting Date: | 06/05/2024 |
|  |  | Claims Bar Date: | 09/16/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
| --- | --- |
| 08/01/2024 | No response from DA to any emails. Sent to JLF to get employed for recovery of overage. |
| 07/09/2024 | Review appraisal report and calculate overage - EM to DA w/repayment offer |
| 06/20/2024 | Employ appraiser |
| 06/14/2024 | EM to Ewald for appraisal. Employ TS and obj ex. |

Initial Projected Date Of Final Report (TFR):  06/13/2025    Current Projected Date Of Final Report (TFR):  12/01/2026

/s/ TRACI K. STEVENSON
TRACI K. STEVENSON